TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Derrick Boden

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Derrick Boden,<br><br>             Plaintiff,<br><br>    vs.<br><br>New Millennium Concepts, Inc. aka Debt Alleviation Systems aka JD Enterprises; and Trans Union LLC,<br><br>             Defendants. | Case No.: 2:16-cv-00919-DMG-PJW<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO NEW MILLENNIUM CONCEPTS, INC. AKA DEBT ALLEVIATION SYSTEMS AKA JD ENTERPRISES** |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION AS TO NEW MILLENNIUM CONCEPTS, INC AKA DEBT ALLEVIATION SYSTEMS AKA JD ENTERPRISES WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Derrick Boden ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action as to New Millennium Concepts, Inc. aka Debt Alleviation Systems aka JD Enterprises, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: _/s/ Trinette G. Kent_
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Derrick Boden

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On March 17, 2016, I served a true copy of foregoing document(s): **NOTICE OF VOLUNTARY DISMISSAL AS TO NEW MILLENNIUM CONCEPTS, INC AKA DEBT ALLEVIATION SYSTEMS AKA JD ENTERPRISES**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on March 17, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendant New Millennium Concepts, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

3

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 17, 2016.

By: ___/s/   Trinette G. Kent___
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Derrick Boden

4

2:16-cv-00919-DMG-PJW                         NOTICE OF VOLUNTARY DISMISSAL
                                              AS TO NEW MILLENNIUM CONCEPTS, INC
                                              .AKA DEBT ALLEVIATION SYSTEMS
                                              AKA JD ENTERPRISES